UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-3436-CV-UNA/TURNOFF

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TRACT NO. 247-05
EAST EVERGLADES

12.50 ACRES OF LAND, MORE OR LESS,
IN THE COUNTY OF MIAMI-DADE, STATE
OF FLORIDA; and PARKLAND HOLDING CO.,
et al., and Unknown Others,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon a Report and Recommendation entered by United States Magistrate Judge William C. Turnoff, on December 12, 2008 **[DE 41]**, on Plaintiff's Joint Motion for the Entry of Stipulated Judgment as to Just Compensation **[DE 37]**. The Court has reviewed the record. No Party has filed objections to the Magistrate Judge's Report and Recommendation.

After conducting a *de novo* review of the entire record, it is hereby **ORDERED AND ADJUDGED** as follows:

(1)    Magistrate Judge Turnoff's Report and Recommendation **[DE 41]**, dated December 12, 2008, is **ADOPTED AND RATIFIED** by the Court.

(2)    Plaintiff's Motion for the Entry of Stipulated Judgment as to Just Compensation **[DE 37]** is **GRANTED**. The Stipulated Judgment as to Just Compensation shall be entered by separate order of the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on this 9th day of February, 2009.

FEDERICO A. MORENO
**Chief United States District Court Judge**

cc:    Service List